**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| Lisa Rounds | No. 23-01078 |
| Debtor | Judge Deborah L. Thorne |

**NOTICE OF MOTION**

TO:   See attached list

PLEASE TAKE NOTICE that on **4/20/2023, at 9:00AM**, I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the motion of Codilis & Associates, P.C. for U.S. Bank National Association, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 160 9362 1728, and the passcode is not required.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Michael Kelleher
Attorney for Movant

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

I, Michael Kelleher, certify that I served a copy of this notice and the attached motion on each entity shown on the service list below at the address shown and by the method indicated on the list on April 12, 2023.

Steven R Radtke- Chill, Chill & Radtke PC, Trustee, 79 W Monroe Street Suite 1314, Chicago, IL 60603 by electronic notice through ECF

Lisa Rounds, Debtor, 11320 S. Hale Ave., Chicago, IL 60643

Mohabbat Amir, Attorney for Debtor, 248 S. Marion Street, 104, Oak Park, IL 60302 by electronic notice through ECF

Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

  /s/ Michael Kelleher
Attorney for Movant

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

IN RE:

Lisa Rounds

Case No.:  23-01078
Chapter:  7
Hearing Date:  4/20/2023

Debtor | Judge Deborah L. Thorne

---

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

**NOW COMES** U.S. Bank National Association (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.      The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 11320 S Hale Ave, Chicago, Illinois 60643;

3.      This security interest arose from a Note and Mortgage, executed on 01/09/2018 in the amount of $197,359.00; modified on 6/24/19, in the amount of $215,351.95;

4.      Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 1/26/2023;

5.      Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

        a.      The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

b.     As of 04/06/2023, the Debtor is contractually due for the 1/1/2020 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

c.     As of 04/06/2023, the estimated default through and including 4/1/2023 is $57,638.98, which includes attorney fees and costs in the amount of $1,138.00. Any payments received after this date may not be reflected in this default;

d.     As of 04/06/2023, the estimated payoff amount is $207,324.56. The estimated fair market value of the property is $256,000.00, per Price Opinion based on comparables. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

e.     The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $256,000.00

Less Lien Payoff and Cost of Sale:
    Estimated Payoff: $207,324.56
    Payoff of Other Liens: $0.00
    Broker's Commission (6% of FMV): $15,360.00
    Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: $31,315.44
(assuming no capital gains need to be paid)

f.     The Trustee filed a No-Asset Report on 04/04/2023;

6.     Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

$950.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

$188.00 for Court filing fee

7.      Pursuant to Debtor's filed Statement of Intention, the property known as 11320 S Hale Ave, Chicago, Illinois 60643 is to be surrendered;

8.      Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

9.      The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** U.S. Bank National Association prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this April 12, 2023.

Respectfully Submitted,

Codilis & Associates, P.C.

By:   /s/ Michael Kelleher

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.